DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CA 94612
(415) 882-5000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KURT RAPPAPORT, an individual, and ZORANA RAPPAPORT, an individual;

Plaintiffs.

v.

SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; and DOES 1-10;

Defendants.

Case No. 2:26-cv-04657-SB-BFM

**STIPULATED PROTECTIVE ORDER**

Action Filed:  March 20, 2026
Action Removed:  April 30, 2026

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: _____JUNE 3___, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATED
PROTECTIVE ORDER